UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:08-CV-00516-S

**DANIEL COBBLE**                                                                                              **PETITIONER**

v.

**BEN BERNANKE** *et al.*                                                                                **RESPONDENTS**

### OPINION AND ORDER

Petitioner, Daniel Cobble, filed this civil action against Ben Bernanke, Chairman of the U.S. Federal Reserve Bank; Henry Paulson, Secretary of U.S. Dept. of the Treasury; George W. Bush, President of the United States; Christopher Cox, Chairman of the Securities & Exchange Commission; Goldman Sachs & Co.; Fannie Mae; Freddie Mac; Senator Lamar Alexander; and Senator Herb Kohl.  He is seeking an emergency order from the Court to halt "Congressional proceedings of Respondent Paulson's bailout proposal."  Petitioner asserts that the proposal will "not work" and that it "threatens national security."  Our constitutional principles of separation of powers withhold from the judiciary the power to interfere with the actions of our legislative branch of the federal government.  It is this Court's obligation to interpret the law when faced with a case or controversy.  The Court, however, is precluded from interfering in the passage of the laws by Congress.  Accordingly, the Court lacks jurisdiction to grant the requested relief. Petitioner's motion (DN 8) is **DENIED**.

Date:

cc:     Petitioner, *pro se*

4411.008